# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5014
_____

D.R. HORTON, INC. -
JACKSONVILLE,

    Appellant,

    v.

HERON'S LANDING
CONDOMINIUM ASSOCIATION OF
JACKSONVILLE, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
James Daniel, Judge.

December 27, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kimberly A. Ashby of Foley & Lardner LLP, Orlando; Ian P. Gillan and Justin M. Leise of Koeller, Nebeker, Carlson & Haluck, LLP, Orlando, for Appellant.

Michael J. Korn of Korn & Zehmer, P.A., Jacksonville; Barry B. Ansbacher of Ansbacher Law, Jacksonville, for Appellee.